UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re JOHN DOE
a/k/a Robert Winburn,

             Case No. 23-mc-50143

    Petitioner,           Honorable Matthew F. Leitman

_____/

### ORDER DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

This is a prisoner civil-rights case brought by Plaintiff John Doe, also known as Robert Winburn. On May 22, 2024, the Court issued an order that (1) granted Winburn's motion to amend his Complaint and (2) directed Winburn to file an Amended Complaint. (*See* Order, ECF No. 8.) The Court mailed a copy of its order to Winburn at the address he provided the Court on the same day. (*See* Dkt.)

On June 3, 2024, the Court's May 22 order – that the Court had mailed to Winburn – was returned as undeliverable. (*See* ECF No. 9.) Thus, it appears that Winburn has failed to provide the Court his current mailing address as required by Local Rule 11.2. *See* E.D. Mich. Local Rule 11.2 (explaining that "[i]f there is a change in the contact information, [a party] promptly must file and serve a notice with the new contact information" and warning parties that "[t]he failure to file promptly current contact information may subject that person or party to appropriate sanctions, which may include dismissal, default judgment, and costs").

1

The failure by a plaintiff to update his contact information is not a mere technical violation of the rules. Without a current address or accurate contact information, the Court has no way of administering this civil action.

Accordingly, because Winburn has failed to comply with Local Rule 11.2 by updating his current address, **IT IS HEREBY ORDERED** that Winburn's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: June 4, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 4, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126