UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re JOHN DOE
a/k/a Robert Winburn,

        Petitioner,

Case No. 23-mc-50143
Honorable Matthew F. Leitman

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

    KINIKIA ESSIX
    CLERK OF COURT

By:   s/Holly A. Ryan
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: June 4, 2024
Detroit, Michigan